IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:12-CR-001 |
| ) | |
| RONNIE SHANE CAMPBELL ) | |

## **O R D E R**

This criminal case is before the court on the May 22, 2012 report and recommendation ("R&R") of Chief United States Magistrate Judge Dennis H. Inman [doc. 44]. Magistrate Judge Inman recommends that the defendant's motion to suppress [doc. 30] be denied. There have been no objections filed within the time allowed by 28 U.S.C. § 636(b), and no transcript of the motion hearing has been filed.

*De novo* review by the district court of a magistrate judge's report and recommendation is both statutorily and constitutionally required. *See United States v. Shami*, 754 F.2d 670, 672 (6th Cir. 1985). However, it is necessary only to review "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

Even though no objections have been filed in this case, the undersigned has nonetheless reviewed the R&R, the defendant's motion, the parties' briefing, and the video introduced into evidence at the hearing. Finding itself in agreement with the magistrate judge, the court **ADOPTS** the findings of fact and conclusions of law contained in the report and recommendation [doc. 44]. It is **ORDERED** that the defendant's motion to suppress

[doc. 30] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge